IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN WALKER,<br><br>                          Petitioner,<br><br>    v.<br><br>SHAWN HATTON, Warden,<br><br>                          Respondent. | Case No. 2:18-cv-02492-JAM-DB<br><br>ORDER |

Good cause appearing, IT IS HEREBY ORDERED that respondent's request to file exhibits under seal (see ECF No. 20) is granted. Exhibit 3, the juror questionnaire of prospective juror D.R., and Exhibit 4, the juror questionnaires of the sitting and alternate jurors, shall be lodged under seal.

DATED: April 2, 2019

                                                       /s/ DEBORAH BARNES
                                                       UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-habeas/walk2492.exs seal