UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN WALKER,<br><br>  Petitioner,<br><br>  v.<br><br>SHAWN HATTON,<br><br>  Respondent. | No.  2:18-cv-2492 JAM DB P<br><br>ORDER |

Petitioner has filed his second request for an extension of time to file and serve a traverse pursuant to the court's order of May 13, 2019.  Good cause appearing, the motion will be granted. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 25) is granted; and

2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.  No further extensions of time will be granted.

DATED: July 1, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-habeas/walk2492.111sec