UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WALKER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>SHAWN HATTON,<br><br>　　　　　Respondent. | No. 2:18-cv-2492 JAM DB P<br><br><br>ORDER |

Petitioner has requested an extension of time to file his objections to the findings and recommendations filed on May 7, 2020. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 29) is granted; and

2. Petitioner shall file his objections to the findings and recommendations within forty-five days from the date of this order.

Dated:  June 26, 2020

DLB:9/DB/prisoner-habeas/walk2492.111(2)

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE