1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHNATHAN WALKER,                       No.  2:18-cv-02492 JAM DB P

12                  Petitioner,

13          v.                                ORDER

14   SHAWN HATTON,

15                  Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On May 7, 2020, the magistrate judge filed findings and recommendations herein which

21   were served on petitioner and which contained notice to petitioner that any objections to the

22   findings and recommendations were to be filed within fourteen days.  Petitioner was then granted

23   two extensions of time to file objections.  The second extension of time expired on October 18,

24   2020.  Petitioner has not filed objections to the findings and recommendations.

25          The court has reviewed the file and finds the findings and recommendations to be

26   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

27   ORDERED that:

28          1.  The findings and recommendations filed May 7, 2020, are adopted in full;

1

1        2.  The petition for a writ of habeas corpus is denied; and

2        3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. §

3    2253.

4

5    DATED:  November 10, 2020                    /s/ John A. Mendez

6                                                THE HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28